

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

In Re: APPLICATION FOR           :
                                 :  ss. Hartford, Connecticut
SEARCH WARRANT                   :
                                 :
                                        3:24mj535 RAR

AFFIDAVIT

I, Michelle A. Plante, being duly sworn, depose and state as follows:

### I.  INTRODUCTION

1. I have been a United States Postal Inspector since May 2024. I am assigned to the Boston Division, working out of Hartford, Connecticut. I am currently assigned to the United States Postal Inspection Service sponsored Narcotics and Bulk Cash Trafficking Task Force (herein after "NBCT-TF"), which includes responsibilities for investigating narcotics and illicit proceeds trafficked via the U.S. Mail, along with assaults and robberies of postal employees and robberies and burglaries of postal facilities. The NBCT-TF currently consists of six Postal Inspectors, detectives from the Hartford, New Britain, Meriden, Plainville, Town of Groton Police Departments, a Special Agent from the United States Postal Service (USPS) Office of Inspector General, and a General Analyst.

2. I am a law enforcement officer of the United States within the meaning of Title 18 U.S.C. § 3061 and am empowered by law to conduct investigations and make arrests for offenses enumerated in Title 21 U.S.C. §841(a)(1) and other federal offenses.

3. Prior to becoming a postal inspector, I was an Intelligence Analyst with the Massachusetts State Police for 2.5 years assigned to the Commonwealth Interstate Narcotics Reduction Enforcement Team (CINRET) West which focused on disrupting and dismantling drug trafficking organizations (DTOs) in Western Massachusetts. Prior to that I worked as a Crime Analyst for the Hartford Police Department for five

years in a real-time crime center where I worked numerous narcotics cases, many of which involved the transportation of controlled substances through the United States Mail. Based on my training and experience, I am aware that it is common for individuals to ship such controlled substances through USPS.

4. Based upon my training and experience, I know that drug trafficking organizations routinely utilize several operational techniques to sustain their illegal enterprise. These practices are designed and implemented to achieve two paramount goals: first, the successful facilitation of the organization's illegal activities which consist of the importation and distribution of illegal controlled substances and the subsequent repatriation of the proceeds of that illegal activity; and second, minimization of the exposure of organization members, particularly those operating in management roles, from investigation and prosecution by law enforcement.

5. Based on my training and experience in law enforcement, I am familiar with the methods and techniques used by traffickers of illicit narcotics and pharmaceuticals to transport controlled substances via the U.S. Mail and avoid detection by the United States Postal Service ("USPS"). I am aware of the techniques utilized by traffickers in order to avoid detection by law enforcement. I am also aware that packages later discovered to contain controlled substances often use fictitious information as it relates to the sender's or recipient's name, or both, while utilizing a legitimate address. This provides individuals associated with the package the ability to disguise their relation to the package but still permit the package to be delivered to a valid address.

6. The information contained in this affidavit is based on my knowledge and experience, the observations I made during the course of this investigation, information conveyed to me by other law enforcement officers, through interviews of witnesses, and the knowledge and experience of my law enforcement colleagues.

7. Because this affidavit is being submitted for the limited purposes of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe establish a violation of federal law, and that evidence of that crime is presently in the package proposed to be searched.

8. Unless stated otherwise:

a. all communications and other statements of individuals discussed herein are in sum and substance and in pertinent part;

b. all dates are set forth on or about the approximate date; and

c. all weights are rounded to the nearest ounce and/or pound and are approximate.

## II.   DESCRIPTION OF THE SUBJECT PARCEL

9. Based on the information contained in this affidavit, there is probable cause to believe, and I do believe, that Priority Mail Express parcel displaying USPS Tracking Number EI967092215US addressed to "Roberto Diaz HC 04 Box 8222 Aguas Buenas P.R. 00703" and bearing a return address of "Armando Rivera 117 Westminster St. Springfield, MA" the "SUBJECT PARCEL", contains evidence of the unlawful possession of controlled substances and/or proceeds derived from the distribution of controlled substances.

**Picture of the SUBJECT PARCEL**



3

10. On or about June 12, 2024, the SUBJECT PARCEL was identified as a parcel possibly containing a controlled substance during a routine inspection at the Bradley Air Mail Facility Post Office in Windsor Locks, Connecticut. The SUBJECT PARCEL weighs approximately 2 lbs. and 8 oz and bears $68.70 in postage.

11. A review of Postal databases indicates that the delivery address on the SUBJECT PARCEL, "117 Westminster St. Springfield, MA" is an actual valid address. A check of the law enforcement database CLEAR, which has proven reliable in previous investigations, returned a negative result for "Armando Rivera" being associated with that address. A review of CLEAR also returned a negative result for the sender phone number "413-292-3432" and when an attempt for contact was made, it was discovered the phone is not in service. A review of Postal databases indicates that "HC 04 Box 8222 Aguas Buenas P.R. 00703" is an actual valid address. However, a review of CLEAR did not return a result for "Roberto Diaz" associated with "HC 04 Box 8222 Aguas Buenas P.R. 00703".

12. On June 14, 2024, investigators requested the assistance of Hartford Police Detective Zack Kashmanian and his canine, "Hawk." Detective Kashmanian and Hawk reported to the U.S. Postal Inspection Service in Hartford, Connecticut that day.

13. Canine Hawk and Detective Kashmanian were certified by the Connecticut State Police and the Connecticut State Forensic Laboratory, on May 13, 2022, after completing 12 weeks of training and imprinting, in accordance with NESPAC standards. Canine Hawk was trained to detect the odor of the following controlled substances. Cocaine, Crack Cocaine, Heroin, MDMA, and Methamphetamine. Upon locating one of these controlled substances Canine Hawk was trained to sit at the source of the odor. This sit is called a "passive alert". This alert may also indicate items recently contaminated with or associated with the odor of one or more controlled substances. Canine Hawk was certified on the recognition of these odors by the Connecticut State Police Forensic Science Lab on May 6th, 2022. The team re-certifies on these odors on an annual basis. All certifications are conducted by the Connecticut State Police Forensic Science Lab.

14. Canine Hawk and Detective Kashmanian train daily on all the odors that the dog is trained to detect. Their on-going training averages over 40 hours a month. On-going

training includes training in all areas of interdiction, such as vehicles, boats, truck tractor and trailers, people, schools, currency, parcels and mail, airports and airplanes, buses and bus terminals, storage units, residences, trains and train stations, prisons, hotels and motels, apartments, etc. This training includes novel odors, such as odors that are distracting, masking or new. Training includes controlled-negative (blank) testing, in which all objects or locations have no contraband present. Extinction training methods are used to "proof" the dog and prevent him from alerting to common items (such as bags, tins, boxes, etc.) which are commonly associated with controlled substances. Detective Kashmanian keeps daily training logs and these logs are maintained by the Connecticut State Police Canine Unit

15. Before Detective Kashmanian and Hawk arrived, Hartford Police Detective/USPIS TFO Johnny Muniz placed the SUBJECT PARCEL among four other similar sized parcels. Detective Kashmanian and Hawk examined the parcels, and Detective Kashmanian informed USPIS TFO Muniz that Hawk alerted to the SUBJECT PARCEL.

16. USPIS TFO Muniz then rearranged the parcels, including the SUBJECT PARCEL, in different positions on the floor. Detective Kashmanian and Hawk conducted another examination of the parcels, and Hawk again alerted to the SUBJECT PARCEL.

17. Based on the above, there is probable cause to believe, and I do believe, that located within the SUBJECT PARCEL is evidence of a violation of Title 21, United States Code, Sections 841(a)(1), 844, and 846. The SUBJECT PARCEL is presently in the custody of the U.S. Postal Inspection Service Domicile located at 141 Weston St. Hartford, CT 06101.

## III. CONCLUSION

18. WHEREFORE, I respectfully request that a search warrant be issued to search the SUBJECT PARCEL for evidence of illegal narcotics and narcotics proceeds, and for any and all documents or other materials containing evidence of the participants in, and methods and plans of conducting, the suspected narcotics trafficking.

Michelle A. Plante
Digitally signed by Michelle A. Plante
Date: 2024.06.18 11:45:54 -04'00'

Michelle A. Plante
U.S Postal Inspector

Subscribed and sworn to before me by telephone this __18__ day of June, 2024.

Robert A. Richardson
Digitally signed by Robert A. Richardson
Date: 2024.06.18 16:03:16 -04'00'

HONORABLE ROBERT A. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

## ATTACHMENT A

### Property to Be Searched

Priority Mail Express parcel displaying USPS Tracking Number EI967092215US addressed to "Roberto Diaz HC 04 Box 8222 Aguas Buenas P.R. 00703" and bearing a return address of "Armando Rivera 117 Westminster St. Springfield, MA" is currently in the custody of the U.S. Postal Inspection Service located at 141 Weston St., Hartford CT, 06101.



1

## ATTACHMENT B

### Particular Things to be Seized

Evidence, fruits, contraband, and instrumentalities of violations of 21 U.S.C. §§ 841(a), 844, and 846 including United States currency and narcotics.